FILED
CHARLOTTE, N. C.

MAR 2 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06MJ26 |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| JIMMIE VANCE GRUBBS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the government's Motion to Unseal Redacted Document, filed March 1, 2006, in the Complaint and Affidavit filed with this Court on or about February 23, 2006, in the above referenced matter.

**FOR GOOD CAUSE SHOWN**, the government's Motion is hereby GRANTED.

**IT IS THEREFORE ORDERED** that the Complaint and a redacted copy of the Affidavit, attached to the Government's Motion as Exhibit B, is to be placed in the public record, but that this Motion and the original, unredacted Affidavit, a copy of which is attached to the Government's Motion as Exhibit A, remain sealed until further order of this Court.

This 2nd day of March, 2006.

CARL HORN III
UNITED STATES MAGISTRATE JUDGE