UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06-cr-00048-RJC-CH

| | |
|---|---|
| USA, | ) |
| | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| JIMMIE VANCE GRUBBS, | ) |

**THIS MATTER** is before the Court upon a motion of the defendant pro se for modification of his supervised release term. (Doc. No. 58).

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. Here, the defendant remains incarcerated and has not begun his term of supervised release. Therefore, the Court is without authority to modify the length of his supervision.

**IT IS, THEREFORE, ORDERED** that the motion, (Doc. No. 58), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: October 13, 2016

Robert J. Conrad, Jr.
United States District Judge