UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-cr-00048-RJC-CH

| USA, | ) | |
|---|---|---|
| | ) | <u>ORDER</u> |
| vs. | ) | |
| | ) | |
| JIMMIE VANCE GRUBBS | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, requesting that the Court remove enhancements from his sentence based on his lifetime of achievements and dedication to his God and communities. (Doc. No. 63 at 4).

The Court sentenced the defendant on October 17, 2007, to 240 months' imprisonment for offenses relating to sexual abuse of a minor. (Doc. No. 32: Judgment). The United States Court of Appeals for the Fourth Circuit affirmed the sentence, <u>United States v. Grubbs</u>, 585 F.3d 793 (4th Cir. 2009), and the United States Supreme Court denied his petition for writ of certiorari, <u>Grubbs v. United States</u>, 559 U.S. 1022 (2010). This Court denied the defendant's motion to vacate his sentence pursuant to 28 U.S.C. § 2255, (Doc. No. 51), and the Fourth Circuit dismissed his appeal of that decision, (Doc. No. 55). The defendant has not shown that the Court now has authority to alter the final Judgment and reduce his sentence. 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 63), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 14, 2018

Robert J. Conrad, Jr.
United States District Judge