IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00048-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JIMMIE VANCE GRUBBS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motions for

Compassionate Release, (Doc. Nos. 73, 74), following his request for relief from the

warden of his institution.

Local Criminal Rule 47.1(D) provides that the government is not required to

respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to

the Motion for Compassionate Release within fourteen (14) days of the entry of this

Order.

Signed: August 3, 2020

Robert J. Conrad, Jr.
United States District Judge